

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00356-CR
No. 07-19-00357-CR
No. 07-19-00358-CR

LOUIS FRED GONZALES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court Nos. B20764-1806, B20784-1806, B20820-1806; Honorable Kregg Hukill, Presiding

November 6, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant Louis Fred Gonzales was convicted of two counts of theft and one count of forgery of a financial instrument. Appellant has filed notices of appeal, pro se, challenging the convictions. We dismiss the appeals for want of jurisdiction.

The timely filing of a written notice of appeal is a jurisdictional prerequisite to hearing an appeal. *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). In a criminal case, the notice of appeal must be filed within thirty days after sentence is

imposed or within ninety days after sentence is imposed if the defendant timely files a motion for new trial. TEX. R. APP. P. 26.2(a). If a notice of appeal is not timely filed, we have no option but to dismiss the appeal for want of jurisdiction. *Castillo*, 369 S.W.3d at 198.

Appellant's sentences were imposed on January 28, 2019. Because he did not file any motions for new trial, his notices of appeal were due within thirty days of sentencing, by February 27, 2019. TEX. R. APP. P. 26.2(a)(1). Appellant did not file his notices of appeal until October 8, 2019. Accordingly, his untimely filed notices of appeal prevent this Court from acquiring jurisdiction over the appeals.

The appeals are dismissed for want of jurisdiction.


Per Curiam


Do not publish.